Attachment

"A"

(25 pages)

AS 12.70.090 states:

"If a prisoner or prisoner's counsel states a desire to test the legality of the arrest pursuant to an extradition warrant the judge shall fix a reasonable amount of time to be allowed the prisoner with which to apply for a writ of habeas corpus."

AS 12.70.090 also states that in extradition proceedings the scope of inquiry is limited and the court may only consider the following: (1) Whether the supporting documents from the Governor of the demanding state are of proper form and content; (2) Whether the petitioner is the person named in the request for extradition; (3) Whether the petitioner has been charged with a crime in the demanding state; and (4) Whether the petitioner is a fugitive.

Here, Petitioner, Donald McNeeley, contends and affirmatively pleads that (1) he is not the person named in the extradition warrant, (2) that he is not a fugitive from justice because he was not in the state of California at the time of the alleged crimes, and (3) that the supporting documents from the Governor of California are not proper form and content.

Ground One: Petitioner affirmatively pleads that he is not the person named in the Governor's extradition warrant.

In Ford v. Moses 606 P.2d 795 the court held that one cannot contest his extradition by means of habeas corpus merely by alleging that the state failed to prove his identity, but must affirmatively plead that he is not the person named in the extradition warrant.

The court further held that one who seriously contents that he is not the person sought may obtain a determination of that question in the asylum state.

The Court also ruled, as well as an overwhelming number of other courts have, that where the name of the person in custody is "identical" to that appearing in the extradition documents, there is a prima facie showing of identity and the burden is on the petitioner to adduce evidence that he is not the person demanded.

Here, Petitioner contends that he is not the person sought in the Governor's warrant for several reasons: (1) The person sought and named in the Governor's warrant is Donald McNeely and this name and only this name appears 46 times throughout the Governor's warrant and supporting documents. Petitioner's legal name as it appears on his Missouri Birth Certificate, Passort, Social Security Card, Military I.D., DD214, and his Alaska State Real I.D. is Donald McNeeley.
(see Attachment 'A')

These names are not and never have been interchangeable. Furthermore, the Social Security number listed in the Governor's warrant and supporting documents does not match petitioner's Social Security number. Additionally, petitioner's place of birth, as evidenced on his birth certificate is St. Louis Mo., not Tennesse, as it is listed in the Governor's supporting documents.

Moreover, the alleged "booking photo" dated 10-29-2007 that was submitted with the alleged identifying information packet, is not the petitioner, appears altered, and the alleged arrest date of 10-29-2007 does not match any of the listed prior offenses included in the supporting documents which, all together, makes one question the validity of the supporting documents.

Furthermore, the height, weight, and complexion listed in the identifying information do not match petitioner or petitioner's Alaska State Real I.D. As a whole, it cannot be said that the supporting documents from the Governor of California are of proper form and content.

In Ford v. Moses the court relied on the presentation of a facially valid Governor's warrant and the appearance of identical names on the indictment, requisition, and warrant, which matched the appellant's, to show the identity of the appellant as the person accused of the crimes and denied his writ.

Here, the name McNeely, spelled out 46 times, on the indictment, requisition, and warrant does not match petitioner's legal name, nor does the photo and other identifying information match.

In Buckley v. State (2016) 378 P.3d 408 the Court denied his writ when he challenged the extradition warrant based on the misspelling of his first name on the indictment charging him in the demanding state even though the underlying civil judgment for failure to pay child support spelled it correctly. Buckley also never denied that he was the person indicted for the offense or the person named in the Governor's extradition request and all the identifying information matched Buckley's.

Here, McNeeley's name is found no where in the Governor's warrant or supporting information and the identifying information submitted with the warrant is not a match.

It should be noted that petitioner has been the victim of 6 well-documented identity thefts over the past 20 years and 2 of the suspected were arrested and ended up in the San Diego County Jail, which could explain some of the misinformation in the Governor's warrant.

Ground Two: Petitioner contends that he was not present in the state of California at the time the alleged crimes were committed in California and therefore the Governor of California cannot properly alleged that he fled the state and is a fugitive from justice.

Petitioner can prove beyond any doubt that he was elsewhere and not in California during the time the alleged crimes took place (on 1-26-2026, 1-27-2026, 2-5-2026, 2-12-2026). However, all of that documentation (receipts, tickets, bank cards, statements, I.Ds, Passport, Phone) was seized by the Alaska State Troopers in Soldotna during my arrest and is still in their custody. If this Court would grant a motion to release those items from AST custody, petitioner could prove beyond doubt that he was not in California at the time the alleged crimes were committed and he is not the person sought in the Governor's extradition warrant.

## Request For Relief

Petitioner request that his application for Writ of Habeas Corpus be granted or a hearing be set so the Court can hear further evidence before making it's determination.

I declare under penalty of perjury that I am the petitioner, I have read this petition and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: July 1, 2026

[signature]
signature of petitioner

## GOVERNOR'S WARRANT OF ARREST

**TO:** Any peace officer of the State of Alaska or any municipality within the State of Alaska.

It has been represented to me by the Governor of the State of California (hereafter the demanding State) that **DONALD RICHARD MCNEELY AKA DONALD MCNEELY,** (hereafter the fugitive) stands **charged** with the crimes of **BURGLARY IN THE FIRST DEGREE (CAL. PEN. CODE, § 459; FOUR COUNTS) AND THEFT FROM ELDER (CAL. PEN. CODE; § 368(d); FOUR COUNTS)**, which are crimes under the laws of that state, and is now a fugitive from justice of that State and is present in the State of Alaska.

The Governor of the demanding State has, in support of those representations, sent me appropriate authenticated documents in compliance with Alaska law.

I have been requested, under the Constitution and laws of the United States, the State of Alaska and the demanding State, to cause the fugitive's arrest and delivery to an agent authorized to receive the fugitive to be conveyed to the demanding State.

**YOU ARE, THEREFORE, HEREBY COMMANDED,** to immediately take the fugitive into your custody under this warrant and to bring the fugitive before a judge of the superior court or the district court for compliance with the provisions of AS 12.70.090 and, when it is thereafter appropriate, to deliver the fugitive to authorized officials of the demanding State, so as to be conveyed to the demanding State to be dealt with according to law.




**IN THE WITNESS WHEREOF,** I have signed my name pursuant to my authority under AS 12.70 and affixed the great seal of the State of Alaska this 13th day of May 2026.

NANCY DAHLSTROM, LIEUTENANT GOVERNOR

IN THE DISTRICT COURT FOR THE STATE OF ALASKA
FOR THE THIRD JUDICIAL DISTRICT AT KENAI

STATE OF ALASKA, )
)
Plaintiff, )
)
v. )
)
DONALD RICHARD MCNEELY AKA )
DONALD MCNEELY, )
)
Defendant. )
) No. ______________

**ADVISEMENT OF RIGHTS**
**UNDER AS 12.70.090**

The above named defendant appeared in open court this day and has been served a copy of the GOVERNOR'S WARRANT OF ARREST.

Pursuant to AS 12.70.090, he has been informed:

(1) That demand has been made by the State of California (hereafter the demanding state) for his return to that State;

(2) That he is charged or convicted by the demanding State with the crime or crimes set forth in the Governor's Warrant of Arrest; and

(3) That he has the right to counsel.

The defendant has stated that: (check one)

( ) He does not desire to challenge the legality of his arrest, and therefore may be immediately delivered to an agent of the demanding State.

( ) He does desire to challenge the legality of his arrest. For this purpose he shall be allowed five (5) days to apply for a writ of habeas corpus. If an application for writ of habeas corpus has not been filed within that period, he may be immediately delivered to an agent of the demanding State. If an application has been filed he may not be delivered to an agent of the demanding State unless and until the application is denied.

If an application for writ of habeas corpus has been filed, notice of that fact shall be sent by the clerk of the court to the prosecuting attorney, the Attorney General, P.O. Box 110300, Juneau, Alaska, 99811-0300 and to the superintendent of the institution where the fugitive is being confined.

DATED this ____ day of ______________________________, 2026.

_______________________________________
Judge of the __________________ Court.

# OFFICE OF THE GOVERNOR

## GOVERNOR'S REQUISITION AND AGENT APPOINTMENT

**TO THE GOVERNOR OF THE STATE OF**

**ALASKA**

**WHEREAS,** it appears by the attached application for requisition, copies of the **Amended Felony Complaint for Extradition, Warrant,** and supporting papers, which I certify are authentic in accordance with the laws of the State of California, that

**DONALD RICHARD MCNEELY**

stands charged under the laws of this state with **Burglary in the First Degree (Cal. Pen. Code, § 459; four counts)** and **Theft from Elder (Cal. Pen. Code, § 368(d); four counts)**. It has been satisfactorily shown to me that the fugitive was present in this state at the time of the commission of the crime(s), fled from the justice of this state, and is now to be found in the **State of Alaska**; and

**NOW, THEREFORE,** pursuant to the provisions of the Constitution and the laws of the **State of California** and the **State of Alaska**, I, Gavin Newsom, Governor of California, acting through my duly authorized Interstate Rendition Officer, do hereby respectfully demand that the above-named fugitive from justice be arrested, secured, and delivered to **Chief Scott Wahl of the San Diego Police Department and/or designated agent(s)** authorized to receive, convey, and transport the fugitive to this state, here to be dealt with according to law.

**IN WITNESS WHEREOF,** I, Ashley Johansson, Interstate Rendition Officer for the **State of California**, executed this Governor's Requisition and Agent Appointment and caused the Great Seal of the State of California to be affixed in Sacramento, California this 7th day of **May, 2026.**

Ashley Johansson
Interstate Rendition Officer
(Pursuant to Pen. Code, § 1554.2)

Secretary of State

Deputy

State of California

# SECRETARY OF STATE

I, SHIRLEY N. WEBER, Ph.D., Secretary of State of the State of California, hereby certify:

That **MICHAEL RODDY,** whose name has been subscribed to the Certificate among the papers annexed to this requisition, is and was at the time of such subscription the duly qualified and acting Executive Officer of the California County of **SAN DIEGO** and Executive Officer of the Superior Court of the State of California, in and for said County (or City and County).

I further certify that the Oath of Office required of said Clerk is on file in this office, that the signature appearing on the aforementioned Certificate is believed to be the genuine or manual signature of said Clerk, to whose acts full faith and credit are and ought to be given, and that the seal affixed or impressed thereon is the official seal of the Superior Court aforesaid:

IN WITNESS WHEREOF, I execute this certificate and affix the Great Seal of the State of California this
**7th** day of **MAY, 2026**

SHIRLEY N. WEBER, Ph.D.
Secretary of State

By: ______________________________
Deputy Secretary of State

SUMMER STEPHAN
District Attorney
Vanessa Duvall
Deputy District Attorney
State Bar Number 219699
330 W. Broadway
San Diego, CA 92101
(619) 531-4080
(619) 531-3095 – Fax
DAExtraditionsunit@sandiegoda.gov

Attorneys for Plaintiff

APPROVED AS TO FORM

Attorney General of the State of California

By [signature] Deputy Attorney General

Dated: 5·6·2026

SUPERIOR COURT OF THE STATE OF CALIFORNIA
FOR THE COUNTY OF SAN DIEGO

THE PEOPLE OF THE STATE OF CALIFORNIA,

Plaintiff,

vs.

DONALD RICHARD MCNEELY,

Fugitive.

**State of Refuge: ALASKA**

Incorrect

Court No.: 26CF004092C
DA No.: AFN718-01

APPLICATION FOR REQUISITION
Prosecutor's Statement and Declaration

**Introduction to the Governor of the State of California:**

I have the honor herewith to make application for a requisition upon the Governor of the State of Alaska for the arrest and rendition of Donald Richard McNeely who is charged in this county with a felony crimes, to wit: four counts of Burglary, Burglary of the First Degree, Penal Code Section 459 and four counts of Theft From Elder (over $950), Penal Code Section 368(d); and who, as appears from the accompanying proof, is a fugitive from justice of this State, and has taken refuge in the State of Alaska.

**Statement of Relevant Facts**

On January 26, 2026, defendant 66-year-old lifer and lifelong burglar gets 1170 relief and decides to keep stealing and poses as exterminator to enter elderly victim's home for jewelry.

A warrant of arrest for the defendant was issued on April 3, 2026, and said warrant was amended for extradition on April 22, 2026, based upon the above facts and the defendant has not yet been arraigned in San Diego County on the charge(s).

////

////

**Prosecutor's Statement and Certification**

As a Deputy district Attorney for the County of San Diego, I hereby certify:

a. That the full name of the person for whom we make requisition is Donald Richard McNeely.

b. That I have carefully examined the case, and verily believe that the facts stated in the accompanying proof are true; that the fugitive is guilty of the crime charged; that the ends of public justice require that the fugitive be brought back to this State at the public expense; that the charge was proffered and this application is made in good faith and not for the purpose of collection of a debt or for any private purpose; that if the fugitive is returned to this State the criminal proceedings will not be used for any such purposes; and that it is my intention to diligently prosecute said fugitive for the crime with which Donald Richard McNeely is charged.

c. The no other application has been made for a requisition for this fugitive growing out of the transaction from which the charges herein originated.

d. That the fugitive is properly charged in due form, in accordance with the laws of this State with the crime of four counts of Burglary, Burglary of the First Degree, Penal Code Section 459 and four counts of Theft From Elder (over $950), Penal Code Section 368(d); felony, which crimes were committed in the County of San Diego, State of California, on or about and in between January 26 - 27, 2026, February 5, 2026, and

Incorrect

February 12, 2026; that to the best of my belief, the fugitive was personally and physically present in this State at the time of the commission of said crime and thereafter left this State; that the definition of the aforesaid crime with which the fugitive is charged, and the punishment therefore, as prescribed by the laws of this State, are as follows: (See Penal Code section(s) attached)

e. That the fugitive is now under arrest in the State of Alaska and the proceedings upon which such arrest is based and the grounds for my belief relative thereto are as follows:

f. That the District Attorney's Office, County of San Diego, State of California, Case Issuance and Extraditions is in receipt of a email dated 04/16/2026, from San Diego Sheriff's Office advising that the defendant, Donald Richard McNeely was arrested on or about 04/16/2026, remains in their custody, and has refused to waive extradition;

g. That a detainer has been placed against this defendant at the request of the San Diego County Sheriff's Office;

h. That this office has obtained certified copies of the defendant's booking photo from the official records of the San Diego Sheriff's Office, which copies are attached hereto;

i. That in support if this application, the following papers pertaining to the case of the State of California v. Donald Richard McNeely, all of which are authentic and properly authenticated in accordance with the laws of this State are annexed hereto:

Certified copy of Amended Complaint
Arrest Warrant (Amended for Extradition)

j. That I have carefully examined said papers; that all papers purporting to be copies are true and correct copies, together with all endorsements and

filling marks to be found on the originals thereof; that the annexed papers include all the proofs upon which the Amend Complaint against the fugitive is based, and that the duplicate copy of the petition submitted herewith, together with all papers thereto attached and all endorsements therein and certifications thereof are exact counterparts of this petition and attachments.

////

////

////

////

////

////

////

////

////

////

////

////

////

////

////

////

////

////

////

////

////

## Nomination of Designated Agent to Return Fugitive

I nominate and propose designation of San Diego Chief of Police, Scott Wahl, and/or his designated agent(s), as agent(s) of this State to return the fugitive.

I represent that he is a proper person for such designation; that he has no private interest in the arrest of the fugitive other than the discharge of his duty as such officer, and that he has not been supplied with private funds for the purpose of defraying his expenses, or otherwise in connection with the extradition of the fugitive.

Respectfully submitted
SUMMER STEPHAN, District Attorney

Vanessa Duvall, Deputy District Attorney
County of San Diego, State of California

Dated at San Diego, California
This 28 day of April, 2026

## **Prosecutor's Sworn Declaration**

STATE OF CALIFORNIA,
}ss.
COUNTY OF SAN DIEGO

I, Vanessa Duvall, being first duly sworn, depose and say: That I am a Deputy District Attorney for the County of San Diego, State of California; that I have read the foregoing application for requisition and know the contents thereof; that I am informed and believe, and on such information and belief allege, that the statements made therein are true.

Vanessa Duvall
Deputy District Attorney

Subscribed and sworn to before me
This 28 day of April, 2026

MICHAEL RODDY
Executive Officer of the Superior Court
State of California, for the County of San Diego

By: Joseph Ortega
Joseph Ortega
Deputy County Clerk

# CERTIFICATION FORM

State of California )
(ss.
County of San Diego)

I, Michael Roddy, Executive Officer of the Superior Court for the State of California, County of San Diego, do hereby certify that the foregoing attached documents are full, true and correct copies of the original amended complaint filed by the District Attorney of the County of San Diego in the Superior Court of said County and Warrant issued by said Superior Court, dated April 3, 2026, and amended on April 22, 2026, for extradition purposes.

In testimony whereof, I do hereby subscribe my name at San Diego, California, this 27th day of April 2026.

**MICHAEL RODDY**
**Executive Officer of the Superior Court**

**People vs. Donald Richard McNeely**
**Felony No. 26CF004092C/ AFN718-01**
**Charges: PC459, PC459, PC459, PC459, PC368(d), PC368(d), PC368(d), and PC368(d)**

## SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO
## CENTRAL DIVISION

FILED
Clerk of the Superior Court
APR 22 2026
By: C. Perez, Deputy

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA, Plaintiff,<br>v.<br>DONALD RICHARD MCNEELY,<br>*dob* [redacted] *59;*<br>Defendant | CT No. 26CF004092C<br>DA No. AFN718<br>AMENDED<br>COMPLAINT-FELONY<br>FOR EXTRADITION |

COPY

### PC296 DNA TEST STATUS SUMMARY

| Defendant | DNA Testing Requirements |
|---|---|
| MCNEELY, DONALD RICHARD | DNA sample has been previously provided |

### CHARGE SUMMARY

| Count | Charge | Issue Type | Sentence Range | Special Allegations | Allegation Effect |
|---|---|---|---|---|---|
| 1 | PC459 | Felony | 2-4-6 | | |
| | MCNEELY, DONALD RICHARD | | | PC460(a) | |
| | | | | PC667.5(c)(21) | Prison Presum |
| | | | | PC667.9(a) | +1 Yr |
| 2 | PC368(d) | Felony | 2-3-4/$10,000 | | |
| | MCNEELY, DONALD RICHARD | | | | |
| 3 | PC459 | Felony | 2-4-6 | | |
| | MCNEELY, DONALD RICHARD | | | PC460(a) | |
| | | | | PC667.5(c)(21) | Prison Presum |
| | | | | PC667.9(a) | +1 Yr |
| 4 | PC368(d) | Felony | 2-3-4/$10,000 | | |
| | MCNEELY, DONALD RICHARD | | | | |
| 5 | PC459 | Felony | 2-4-6 | | |
| | MCNEELY, DONALD RICHARD | | | PC460(a) | |
| | | | | PC667.9(a) | +1 Yr |
| 6 | PC368(d) | Felony | 2-3-4/$10,000 | | |
| | MCNEELY, DONALD RICHARD | | | | |

## CHARGE SUMMARY (cont'd)

| Count | Charge | Issue Type | Sentence Range | Special Allegations | Allegation Effect |
|---|---|---|---|---|---|
| 7 | PC459 | Felony | 2-4-6 | | |
| | MCNEELY, DONALD RICHARD | | | PC460(a) | |
| | | | | PC667.5(c)(21) | Prison Presum |
| | | | | PC667.9(a) | +1 Yr |
| 8 | PC368(d) | Misdemeanor | 1 Yr/$1000 | | |
| | MCNEELY, DONALD RICHARD | | | | |

PC667(b) thru (i) and PC1170.12 "THREE STRIKES LAW"

The undersigned, certifying upon information and belief, complains that in the County of San Diego, State of California, the Defendant(s) did commit the following crime(s):

## CHARGES

### COUNT 1 - BURGLARY, BURGLARY OF THE FIRST DEGREE

On or about January 27, 2026, DONALD RICHARD MCNEELY did unlawfully enter a building occupied by with the intent to commit theft, in violation of PENAL CODE SECTION 459.

And it is further alleged that said burglary was a burglary of an inhabited dwelling house, within the meaning of PENAL CODE SECTION 460(a).

And it is further alleged that another person, other than an accomplice, was present in the residence during the commission of burglary, within the meaning of PENAL CODE SECTION 667.5(c)(21).

And it is further alleged that the above offense was committed by the defendant, DONALD RICHARD MCNEELY, against L.& E. W., a person 65 years of age or older, and said condition was known and reasonably should have been known to the defendant, within the meaning of Penal Code section 667.9(a).

### COUNT 2 - THEFT FROM ELDER (OVER $950)

On or about January 27, 2026, DONALD RICHARD MCNEELY, did unlawfully violate a provision of law proscribing theft, with respect to the property of an elder, knowing and having reason to know that the victim was an elder, when the personal property taken and obtained was of a value exceeding nine hundred fifty dollars ($950) in violation of PENAL CODE SECTION 368(d).

## CHARGES (cont'd)

### COUNT 3 - BURGLARY, BURGLARY OF THE FIRST DEGREE

On or about January 26, 2026, DONALD RICHARD MCNEELY did unlawfully enter a building occupied by with the intent to commit theft, in violation of PENAL CODE SECTION 459.

And it is further alleged that said burglary was a burglary of an inhabited dwelling house, within the meaning of PENAL CODE SECTION 460(a).

And it is further alleged that another person, other than an accomplice, was present in the residence during the commission of burglary, within the meaning of PENAL CODE SECTION 667.5(c)(21).

And it is further alleged that the above offense was committed by the defendant, DONALD RICHARD MCNEELY, against A.H., a person 65 years of age or older, and said condition was known and reasonably should have been known to the defendant, within the meaning of Penal Code section 667.9(a).

### COUNT 4 - THEFT FROM ELDER/DEPENDENT ADULT (OVER $950)

On or about January 26, 2026, DONALD RICHARD MCNEELY, did unlawfully violate a provision of law proscribing theft, with respect to the property of an elder, knowing and having reason to know that the victim was an elder, when the personal property taken and obtained was of a value exceeding nine hundred fifty dollars ($950) in violation of PENAL CODE SECTION 368(d).

### COUNT 5 - BURGLARY, BURGLARY OF THE FIRST DEGREE

On or about and between January 27, 2026 and February 12, 2026, DONALD RICHARD MCNEELY did unlawfully enter a building occupied by with the intent to commit theft, in violation of PENAL CODE SECTION 459.

And it is further alleged that said burglary was a burglary of an inhabited dwelling house, within the meaning of PENAL CODE SECTION 460(a).

And it is further alleged that the above offense was committed by the defendant, DONALD RICHARD MCNEELY, against V. & M. A., a person 65 years of age or older, and said condition was known and reasonably should have been known to the defendant, within the meaning of Penal Code section 667.9(a).

### COUNT 6 - THEFT FROM ELDER/DEPENDENT ADULT (OVER $950)

On or about and between January 27, 2026 and February 12, 2026, DONALD RICHARD MCNEELY, did unlawfully violate a provision of law proscribing theft with respect to the property of an elder, knowing and having reason to know that the victim was an elder, when the personal property taken and obtained was of a value exceeding nine hundred fifty dollars ($950) in violation of PENAL CODE SECTION 368(d).



Case 3:26-cv-00279-ACP-KFR Document 1-1 Filed 07/28/26 Page 19 of 26

## CHARGES (cont'd)

**COUNT 7 - BURGLARY, BURGLARY OF THE FIRST DEGREE**

On or about February 5, 2026, DONALD RICHARD MCNEELY did unlawfully enter a building occupied by with the intent to commit theft, in violation of PENAL CODE SECTION 459.

And it is further alleged that said burglary was a burglary of an inhabited dwelling house, within the meaning of PENAL CODE SECTION 460(a).

And it is further alleged that another person, other than an accomplice, was present in the residence during the commission of burglary, within the meaning of PENAL CODE SECTION 667.5(c)(21).

And it is further alleged that the above offense was committed by the defendant, DONALD RICHARD MCNEELY, against S. & L. E., a person 65 years of age or older, and said condition was known and reasonably should have been known to the defendant, within the meaning of Penal Code section 667.9(a).

**COUNT 8 - THEFT FROM ELDER/DEPENDENT ADULT ($950 or less)**

On or about February 5, 2026, DONALD RICHARD MCNEELY, did unlawfully violate a provision of law proscribing theft with respect to the property of an elder, knowing and having reason to know that the victim was an elder, when the personal property taken and obtained was of a value of nine hundred fifty dollars ($950) or less in violation of PENAL CODE SECTION 368(d).

## PRIORS

***DONALD RICHARD MCNEELY:***

FIRST SERIOUS FELONY PRIOR

And it is further alleged that said defendant, DONALD RICHARD MCNEELY, was convicted of the following serious felony(ies), separately brought and tried, which under California law is punishable by imprisonment in state prison, within the meaning of PENAL CODE SECTIONS 667(a)(1), 668, AND 1192.7(c).

| Charge | Date of Conviction | Court Number | Court | County | State |
|---|---|---|---|---|---|
| PC459/PC460 | 09/27/1989 | CR105810 | Superior Court | San Diego | CA |
| PC12022.6(a) | 09/27/1989 | CR105810 | Superior Court | San Diego | CA |
| PC459/PC460 | 09/27/1989 | CR105810 | Superior Court | San Diego | CA |
| PC459/PC460 | 09/27/1989 | CR105810 | Superior Court | San Diego | CA |
| PC459/PC460 | 09/27/1989 | CR105810 | Superior Court | San Diego | CA |
| PC12022.6(a) | 09/27/1989 | CR105810 | Superior Court | San Diego | CA |
| PC459/PC460 | 09/27/1989 | CR105810 | Superior Court | San Diego | CA |
| PC459/PC460 | 09/27/1989 | CR105810 | Superior Court | San Diego | CA |
| PC459/PC460 | 09/27/1989 | CR105810 | Superior Court | San Diego | CA |
| PC12022.6(a) | 09/27/1989 | CR105810 | Superior Court | San Diego | CA |
| PC459/PC460 | 09/27/1989 | CR105810 | Superior Court | San Diego | CA |

SECOND SERIOUS FELONY PRIOR

And it is further alleged that said defendant, DONALD RICHARD MCNEELY, was convicted of the following serious felony(ies), separately brought and tried, which under California law is punishable by imprisonment in state prison, within the meaning of PENAL CODE SECTIONS 667(a)(1), 668, AND 1192.7(c).

| Charge | Date of Conviction | Court Number | Court | County | State |
|---|---|---|---|---|---|
| PC459/PC460 | 07/27/1992 | CR110748 | Superior Court | San Diego | CA |
| PC459/PC460 | 07/27/1992 | CR110748 | Superior Court | San Diego | CA |
| PC459/PC460 | 07/27/1992 | CR110748 | Superior Court | San Diego | CA |

THIRD SERIOUS FELONY PRIOR

And it is further alleged that said defendant, DONALD RICHARD MCNEELY, was convicted of the following serious felony(ies), separately brought and tried, which under California law is punishable by imprisonment in state prison, within the meaning of PENAL CODE SECTIONS 667(a)(1), 668, AND 1192.7(c).

| Charge | Date of Conviction | Court Number | Court | County | State |
|---|---|---|---|---|---|
| PC459 | 05/23/2006 | SCD194654 | Superior Court | San Diego | CA |
| PC460 | 05/23/2006 | SCD194654 | Superior Court | San Diego | CA |

## PRIORS (cont'd)

***DONALD RICHARD MCNEELY:***

STRIKE PRIOR(S)

And it is further alleged pursuant to Penal Code sections 667(b) through (i), 1170.12, and 668 that the defendant, DONALD RICHARD MCNEELY, has suffered the following prior conviction(s) and juvenile adjudication(s), which are now serious or violent felonies under California law whether committed in California or elsewhere.

| Charge | Date of Conviction | Court Number | Court | County | State |
|---|---|---|---|---|---|
| PC459/PC460 | 09/27/1989 | CR105810 | Superior Court | San Diego | CA |
| PC459/PC460 | 09/27/1989 | CR105810 | Superior Court | San Diego | CA |
| PC459/PC460 | 09/27/1989 | CR105810 | Superior Court | San Diego | CA |
| PC459/PC460 | 09/27/1989 | CR105810 | Superior Court | San Diego | CA |
| PC459/PC460 | 09/27/1989 | CR105810 | Superior Court | San Diego | CA |
| PC459/PC460 | 09/27/1989 | CR105810 | Superior Court | San Diego | CA |
| PC459/PC460 | 09/27/1989 | CR105810 | Superior Court | San Diego | CA |
| PC459/PC460 | 09/27/1989 | CR105810 | Superior Court | San Diego | CA |
| PC459/PC460 | 07/27/1992 | CR110748 | Superior Court | San Diego | CA |
| PC459/PC460 | 07/27/1992 | CR110748 | Superior Court | San Diego | CA |
| PC459/PC460 | 07/27/1992 | CR110748 | Superior Court | San Diego | CA |
| PC459 | 05/23/2006 | SCD194654 | Superior Court | San Diego | CA |
| PC460 | 05/23/2006 | SCD194654 | Superior Court | San Diego | CA |

Pursuant to PENAL CODE SECTION 1054.5(b), the People are hereby informally requesting that defendant's counsel provide discovery to the People as required by PENAL CODE SECTION 1054.3.

And it is further alleged that the victims, were particularly vulnerable within the meaning of California Rules of Court, rule 4.421(a)(3).

And it is further alleged that the offense was carried out with planning, sophistication and professionalism within the meaning of California Rules of Court, rule 4.421(a)(8).

And it is further alleged that the offense involved the attempted and actual taking and damage of great monetary value within the meaning of California Rules of Court, rule 4.421(a)(9).

And it is further alleged that the defendant, Donald Richard McNeely, has engaged in violent conduct, to wit: < Specify > which indicates a serious danger to society within the meaning of California Rules of Court, rule 4.421(b)(1).

And it is further alleged that the prior convictions as an adult Donald Richard McNeely, are numerous and of increasing seriousness within the meaning of California Rules of Court, rule 4.421(b)(2).

And it is further alleged that the defendant, Donald Richard McNeely, has served a prior state prison and local prison term, to wit: < Specify > within the meaning of California Rules of Court, rule 4.421(b)(3).

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT AND THAT THIS COMPLAINT, CASE NUMBER 26CF004092C, CONSISTS OF 8 COUNTS.

Executed at City of San Diego, County of San Diego, State of California, on this day, 4/22/26 (Date).

COMPLAINANT

Based on the foregoing, I find probable cause exists for the filing of a Complaint for Extradition and for submission of an Application for Warrant of Rendition for the above-named defendant.
Filing of said Complaint for Extradition and amendment of the arrest warrant for defendant is so ordered.

Subscribed and sworn to before me on this day, APR 2 2 2026 (Date).

Judge of the Superior Court
Central Division
County of San Diego
State of California

Incorrect

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO
220 WEST BROADWAY, SAN DIEGO - 92101

NAME MCNEELY DONALD RICHARD

CASE NO 26CF004092C
FELONY
ARREST WARRANT
MANDATORY APPEARANCE

ALIAS MCNEELY RICHARD DONALD

RESIDENCE 48421 MURWOOD AVE #1
SOLDOTNA AK 996699583

BUSINESS

VIOLATIONS
PC 459
PC 368(D)
PC 459
PC 368(D)
PC 459

DEPT 102
REVIEW DATE
00-00-00

Incorrect

ADDL INFO DECLARATION IN SUPPORT OF ARREST WARRANT SIGNED & FILED//

| DOB | SEX | RACE | HT | WT | HAIR | EYES | TELEPHONE | DA NUMBER |
|---|---|---|---|---|---|---|---|---|
| [redacted]-59 | M | W | 510 | 160 | BRO | GRN | | AFN71801 |

Incorrect

| SOC SEC NO | OPER LIC | ST | VEH LIC NBR | ST | YR | MAKE | MODEL | COLOR |
|---|---|---|---|---|---|---|---|---|
| [redacted]-5850 | | | | | | | | |

THE PEOPLE OF THE STATE OF CALIFORNIA, TO ANY PEACE OFFICER OF THIS STATE:

A VERIFIED COMPLAINT WAS MADE BEFORE ME ON THIS DATE THAT THE OFFENSE SET FORTH ABOVE WAS COMMITTED, AND ACCUSING THE DEFENDANT, NAMED AND DESCRIBED ABOVE. YOU ARE ORDERED TO ARREST THE DEFENDANT FORTHWITH AND BRING HIM BEFORE ME, OR IN CASE OF MY ABSENCE OR INABILITY TO ACT, BEFORE THE NEAREST OR MOST ACCESSIBLE MAGISTRATE IN THIS COUNTY.

OTHER

Amended for purpose of Extradition. Witness my hand and the seal of said Court this 22 day of Apr 20 26

T. Weathers

Judge of said Court

THEODORE M. WEATHERS

THE DEFENDANT IS TO BE ADMITTED TO BAIL IN THE SUM OF $5,000,000.00 DOLLARS

SUPERIOR COURT • SAN DIEGO COUNTY, CA

SERVICE INSTRUCTIONS:

MAY BE SERVED AT NIGHT

04-03-26

ISSUE DATE

TITLE: Presiding Judge
FOR: WEATHERS THEODORE M [JUDGE]

RETURN OF PEACE OFFICER

I CERTIFY THAT I SERVED THIS WARRANT BY ARRESTING THE DEFENDANT AND

( ) BOOKING THE DEFENDANT ON ______________________ AT ______________

( ) BRINGING THE DEFENDANT INTO COURT ON ______________________

( ) DEFENDANT POSTING BAIL IN THE AMOUNT OF $____________ AND TO

APPEAR/FORFEIT ON ______________________ AT __________ AM/PM.

THIS DEFENDANT HAS BEEN INFORMED OF HIS/HER RIGHTS TO APPEAR BEFORE A MAGISTRATE. (821 & 822 PC)

______________________
NAME, TITLE AND ARRESTING AGENCY

THE DEFENDANT ( ) DID ( ) DID NOT REQUEST APPEARANCE BEFORE A MAGISTRATE

BY: ______________________
OFFICER SIGNATURE

______________________
ARRESTING OFFICER - BADGE NUMBER

THE FOREGOING DOCUMENT IS A FULL, TRUE, AND CORRECT COPY OF THE DOCUMENT ON FILE IN THIS OFFICE

SHERIFF
DATE: 04/17/26

______________________
DEFENDANT

# SAN DIEGO COUNTY
# SHERIFF'S DEPARTMENT
# MUG SHOT PROFILE-FACECARD

Incorrect

| | |
|---|---|
| **NAME:** | MCNEELY, DONALD RICHARD |
| **AKA:** | |
| **AKA:** | |
| **MONIKER:** | |
| **BOOKING#:** | 7780426 |
| **FBI#:** | 348434T11 |
| **SYSTEM CONTROL #:** | 81306211309 |
| **EVENT #** | 117026692 |
| **PHOTO DATE/TIME:** | Oct 29 2007 9:32AM |
| **DATE OF BIRTH** | [redacted]-1959 |
| **SOCIAL SECURITY #:** | [redacted]5850 |
| **DRIVER LICENSE #:** | |
| **DRIVER LIC STATE:** | |
| **OCCUPATION:** | |

Incorrect



MCNEELY, DONALD R [redacted]-1959 47
5'10" 160 BROWN GREEN 7780426

Incorrect

**PHYSICAL DESCRIPTION**

| | |
|---|---|
| **SEX:** | MALE |
| **RACE:** | WHITE/CAUCASIAN |
| **HEIGHT:** | 5'10" |
| **WEIGHT:** | 160 |
| **HAIR COLOR/LENGTH:** | BROWN |
| **HAIRSTYLE:** | SHORT |
| **EYES:** | GREEN |
| **BUILD:** | NORMAL |
| **COMPLEXION:** | LIGHT BRO |
| **GLASSES:** | |

Incorrect

**CHARGES:**
#1 2620 1 PC PROCEEDINGS:PRISONER PROD
#2 99999 PC 1 DETAINER

**SCARS/MARKS/TATTOOS**
#1
#2
#3
#4
#5

I, the undersigned custodian of records, certify that the attached is a true and correct copy of the original document on file in the Records Division of the San Diego County Sheriff's Office.

SHERIFF OF SAN DIEGO COUNTY

By: G. Gutierrez

Date: 04/20/2026



MCNEELY, DONALD R
7780426



MCNEELY, DONALD R
7780426



M W [redacted]1959 47 5'10" 160 BRO GRN 2620 PC

MCNEELY, DONALD R 7780426

FEDERAL BUREAU OF INVESTIGATION, UNITED STATES DEPARTMENT OF JUSTICE
CRIMINAL JUSTICE INFORMATION SERVICES DIVISION, CLARKSBURG, WV 26306

The Applicant form (FD-258) contains applicable Paperwork Reduction Act and Privacy Act notices and should be used for noncriminal justice purposes.

JUVENILE FINGERPRINT

TREAT AS ADULT YES

DATE OF ARREST

10-29-2007

ORI

CA0370000

CA03 CASOSAN DIEGO

ADDRESS

SO

SAN DIEGO, CA

REPLY DESIRED? YES

SEND COPY TO: (ENTER ORI)

DATE OF OFFENSE MM DD YY

PLACE OF BIRTH (STATE OR COUNTRY)

TN

Incorrect

COUNTRY OF CITIZENSHIP

US

MISCELLANEOUS NUMBERS

SCARS, MARKS, TATTOOS, AND AMPUTATIONS

RESIDENCE/COMPLETE ADDRESS

CITY

STATE

OFFICIAL TAKING FINGERPRINTS (NAME OR NUMBER)

(CAMPBELL - NCAMPBSH)

10292007

LOCAL IDENTIFICATION/REFERENCE

7780426A

PHOTO AVAILABLE? YES

PALM PRINTS TAKEN? YES

EMPLOYER: IF U.S. GOVERNMENT, INDICATE SPECIFIC AGENCY. IF MILITARY, LIST BRANCH OF SERVICE AND SERIAL NO.

OCCUPATION

CHARGE/CITATION

1.

ARREST XDOO/10292007

001 2620 PC X

PROCEEDINGS:PRISONER PROD

DISPOSITION

1.

2.

2.

I, the undersigned Sheriff's Records Employee certify that is a true and correct copy of the electronic fingerprint images filed in the CAFIS database/archive at the San Diego County Sheriff's Office.

SAN DIEGO COUNTY SHERIFF'S OFC.

By: G. Gotien

Date: 04/20/2026

3.

3.

ADDITIONAL

ADDITIONAL

ADDITIONAL INFORMATION/BASIS FOR CAUTION

STATE BUREAU STAMP

U.S. GOVERNMENT PUBLISHING OFFICE: 09/10/2024 09:27:00